**Order entered July 9, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00370-CV

### GENA MARCELLA MERCADANTE, ET AL., Appellants

### V.

### ZLH LC, INC. F/K/A ZALE LIPSHY UNIVERSITY HOSPITAL, INC., Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-15882**

## ORDER

We **GRANT** appellants' July 3, 2014 second motion for an extension of time to file a brief.  Appellants shall file their brief **on or before AUGUST 8, 2014**.  We caution appellants that no further extension of time will be granted absent extraordinary circumstances.

/s/    ADA BROWN
        JUSTICE